

# Missouri Court of Appeals
## Southern District

**JANUARY 9, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.     Case No.  SD33130

       Re:     SCOTT D. TODD,
               Appellant,
               vs.
               STATE OF MISSOURI,
               Respondent.